THE STATE EX REL. DAVENPORT, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Davenport v. Indus. Comm.* (2000), 89 Ohio St.3d 271.]

(No. 99–2033—Submitted May 23, 2000—Decided July 12, 2000.)

*Philip J. Fulton & Associates* and *William A. Thorman III*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Gerald H. Waterman*, Assistant Attorney General, for appellee Industrial Commission.

*Vorys, Sater, Seymour & Pease, Theodore P. Mattis* and *Thomas M. Taggart*, for appellee Ranco, Inc.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.